FILED
MAR 3 0 2006
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

TJ

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re                                    ) Case No. 05-37850-C-7
                                         )
BERNICE LIRA,                            )    DGF-1
                                         )
       Debtor.                           )
_____)

**FINDINGS OF FACT AND CONCLUSIONS OF LAW ON MOTION TO REDEEM**

A hearing was set for March 28, 2006 on debtor's motion to redeem collateral under 11 U.S.C. §722. The collateral, a sofa, love seat, coffee table, end table, and queen mattress, secures a debt owed to creditor Household Credit Services. No opposition to the motion was filed. Upon review of the record, the court determined that the written record was adequate and that no oral argument is necessary.

Under 11 U.S.C. §722, a debtor may redeem consumer collateral by "cashing out" a creditor for the fair market value of the collateral. The fair market value of the collateral is determined to be $245.00.

The motion to redeem the collateral for $245.00 is GRANTED.

Dated: March 30, 2006

_____
UNITED STATES BANKRUPTCY JUDGE